[Criminal No. 742.  Filed October 15, 1931.]

[3 Pac. (2d) 1114.]

## JOHN HARVEY, Appellant, v. STATE, Respondent.

Mr. Erwin H. Karz and Mr. O. V. Willson, appealed case, but later withdrew as Counsel for Appellant.

The Attorney General, for the State.

PER CURIAM.—The defendant was tried on an information charging him with the crime of rape, and, from a verdict and sentence of guilty, he has appealed.  All he has done is to have the record, including transcript of the testimony, sent to this court.

The only question raised in the trial was the sufficiency of the information to state a public offense. We find the information sufficiently describes the offense

The judgment is affirmed.